IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DAVID DIGIACOBBE, : | |
| Plaintiff : | |
| v. : | Case No. 3:24-cv-208-KAP |
| WILLIAM BROTHERS, *et al.*, : | |
| Defendants : | |

<u>Memorandum Order</u>

In September 2024 plaintiff, at that time an inmate in the Blair County Prison, filed a complaint naming three defendants: William Brothers, a fellow inmate; the prison itself, and Prime Care, the medical care provider at the prison. The case was administratively closed because no filing fee or motion to proceed *in forma pauperis* with an inmate account statement required by the Prison Litigation Reform Act had been filed. The notice of the closing came back undeliverable with the notification that plaintiff was not at the Blair County Prison. This week in January 2025, the Clerk received a change of address from plaintiff, now at S.C.I. Somerset.

Plaintiff **should** amend his complaint to state more clearly his claims against any defendants. To proceed at all, plaintiff **must** submit a motion to proceed *in forma pauperis* with an inmate account statement from S.C.I. Somerset, unless he pays the filing fee. Plaintiff must also notify the Clerk of any future change of address.

DATE: January 8, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Michael D. Digiacobbe QQ-5529
S.C.I. Somerset
1590 Walters Mill Road
Somerset, PA 15510